## November Term, 1782.

(p. 59.)

The STATE *againſt* LEWIS Mc. KNIGHT.

On Habeas Corpus *of Negro* Cæſar Tite.

AGREEABLY to the Command of the within Writ, I have here in Court the Body of the within mentioned Cæſar Tite, and do ſay that the ſaid Negro Tite is my Property, being bought of Kenneth Hankinſon, Eſquire, for valuable Conſideration, and he is not a free Man; but I am willing and deſirous to conteſt that Property by a Jury of the Country, agreeably to the Laws of this State, and pray that it may not be taken from me without a Trial by Jury, &c.

LEWIS Mc. KNIGHT.